IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FERNANDO CONTRERAS, <br><br> Defendant. | **8:10CR154** <br><br> **ORDER** |

Defendant Fernando Contreras appeared before the court on Monday, May 22, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [76]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 20, 2017 at 11:00 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 23rd day of May, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge