IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FERNANDO CONTRERAS

    Defendant.

8:10CR154

ORDER

The government has filed a Motion for Dismissal of Petition for Offender Under Supervision [92]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [92], filed herein, is dismissed, without prejudice.
2. The defendant shall continue on supervised release under the same terms and conditions as previously imposed.

Dated this 20th day of July 2018.

BY THE COURT:

Laurie Smith Camp
Chief United States District Judge